IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

ANTHONY BRUCE INGRAM and
DARLENE INGRAM                                                                PLAINTIFFS

v.                                                    CIVIL ACTION NO. 1:16-cv-00034-GHD-SAA

TREK BICYCLE CORPORATION,
BRIAN PIAZZA d/b/a Bicycle Pacelines                                          DEFENDANTS

## ORDER GRANTING PLAINIFFS' MOTION TO REMAND AND DEFENDANTS' AGREED MOTION TO REMAND

Pursuant to an opinion issued this day, the Court ORDERS that:

(1) Plaintiffs' motion to remand [10] and Defendants' agreed motion to remand [27] are GRANTED;

(2) the matter is REMANDED to the Circuit Court of Alcorn County, Mississippi; and

(3) this case is CLOSED.

SO ORDERED, this, the 9th day of June, 2016.

_____
SENIOR U.S. DISTRICT JUDGE